UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMODAR CHANDRA DAS,<br>　　　　Plaintiff,<br>　　v.<br>MEDVIN,<br>　　　　Defendant. | Case No. 24-cv-02477-RS (PR)<br><br>**ORDER OF DISMISSAL** |

　　　　This federal civil rights action will be dismissed (without prejudice) because plaintiff has not complied with the Court's order to serve Dr. Medvin, the unserved defendant, with the summons and complaint, or provide the Court with his correct name and accurate current location such that the Marshal is able to serve defendant.

　　　　Medvin, who is the sole defendant in this action, remains unserved, the summons having been returned as unexecuted because he could not be identified by the CDCR. (Dkt. No. 7.) Plaintiff was ordered to provide defendant's correct name or serve summons on defendant himself to remedy the matter. (Dkt. No. 9.) Plaintiff has not provided the Court with defendant's correct name, but rather has filed a summons with the Court in which he uses the name "Medvin." (Dkt. No. 12.) This is insufficient for two reasons. First, filing a summons with the Court is not service of the summons on defendant. Second, the name remains the same. The complaint has been pending for over 120 days, and, consequently, absent a showing of "good cause," is subject to dismissal without

prejudice as to the unserved defendant, Dr. Medvin. *See* Fed. R. Civ. P. 4(m). Because Medvin is the sole defendant, the entire action must be dismissed. Accordingly, this federal civil rights action is DISMISSED (without prejudice) under Rule 4.

Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain the correct name of the defendant and be accompanied by an amended complaint in which defendant's correct name is used. The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** June 16, 2025

_____
RICHARD SEEBORG
Chief United States District Judge